# Court of Appeals
# of the State of Georgia

ATLANTA,  August 23, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0031.  SEAN ROWLES v. ROBERTA ROWLES.**
**A19D0033.  ROBERTA ROWLES v. SEAN ROWLES.**

In this divorce case, Sean Rowles and Roberta Rowles have each filed applications for discretionary appeal from the trial court's final order partially setting aside the settlement agreement and modifying child custody.  Upon consideration of both applications, it is ordered that each application is hereby GRANTED.  Each party shall have ten days from the date of this order to file a Notice of Appeal in the trial court.  The Clerk of the Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/23/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*